IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ELISHA D. POLK,

        **Plaintiff,**

vs.

          Case No.: 2:14-cv-380
          JUDGE SMITH
          Magistrate Judge Kemp

**COMMISSIONER OF
SOCIAL SECURITY,**

        **Defendant.**

## ORDER

On July 15, 2016, the United States Magistrate Judge issued a *Report and Recommendation* recommending that Plaintiff's Motion for Attorney's Fees pursuant to 42 U.S.C. § 406(b). (*Report and Recommendation*, Doc. 32). There have been no objections to the *Report and Recommendation*, and the time for filing objections has now passed. Therefore, the *Report and Recommendation* is hereby **ADOPTED AND AFFIRMED**. Plaintiff's Motion for Attorney's Fees pursuant to 42 U.S.C. § 406(b) is hereby **GRANTED**.

The Clerk shall remove Documents 30 and 32 from the Court's pending motions list.

        **IT IS SO ORDERED.**

                                       */s/ George C. Smith*_____
                                       **GEORGE C. SMITH, JUDGE
                                       UNITED STATES DISTRICT COURT**